Timothy E. QUILL, M.D.; Samuel C. Klagsbrun, M.D.; and Howard A. Grossman, M.D., Plaintiffs–Appellants,

v.

Dennis C. VACCO, Attorney General of the State of New York; George E. Pataki, Governor of the State of New York; Robert M. Morgenthau, District Attorney of New York County, Defendants–Appellees.

No. 60, Docket 95–7028.

United States Court of Appeals, Second Circuit.

Oct. 15, 1996.

JON O. NEWMAN, Chief Judge:

Upon consideration of the request by an active judge of this Court for a poll as to whether the Court should *sua sponte* rehear this appeal in banc, the poll was deferred pending the decision of the Supreme Court on the petition for a writ of certiorari; the Supreme Court having granted the petition for a writ of certiorari, —— U.S. ——, 117 S.Ct. 36, 135 L.Ed.2d 1127 (1996), the request for a poll has been withdrawn.